UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, )
                Plaintiff, )
                           ) No. 05 CR 253
v.                    ) Judge William C. Griesbach

TRACEY PETERS,      )
              Defendant. )

'08 AUG 27 P 1 :23

## NOTICE OF FILING / MOTION

TO: AUSA Timothy W. Funnell
    Office of the U.S. Attorney
    517 E. Wisconsin Avenue, Suite 530
    United States Courthouse and
    FEDERAL BLDG.
    Milwaukee, WI 53202

    PLEASE TAKE NOTICE that on August 22, 2008, I filed with Clerk of the District Court, a pro-se Section 2255 motion with supporting memorandum of law, a copy of which is hereby served upon you.

                                      Tracy Peters, Pro-Se
                                      00562-089
                                      USP TERRE HAUTE
                                      P.O. Box 33
                                      Terre Haute, IN
                                               47808

## PROOF OF SERVICE

    **TRACY PETERS**, Movant, pro-se, certifies that he served the above on counsel above, by U.S. Mails, on August 22, 2008.

                                      Tracy Peters
                                      Movant-Pro-Se


UNITED STATES OF AMERICA,

                Plaintiff,

v.

TRACY PETERS
**Full Name** *(under which you were convicted)*

00562-089
**Prisoner Number**

USP TERRE HAUTE, P.O. Box 33, Terre Haute, IN 47808
**Place of Confinement,**

                Movant.

**Docket No.** _____
*(to be supplied by Clerk)*

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FEDERAL CUSTODY

I. **SUBJECT OF THIS PETITION**

   A. Name and location of the court that entered the judgment of conviction that you are challenging

   UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF WISCONSIN

   P.O. Box ~~22370~~ 22490

   Greenbay, WI   54305-2370

   B. Criminal docket or case number  05 CR 253

   C. Date of the judgment of conviction  4/20/06

   D. Date of sentencing  July 19, 2006

   E. Length of sentence  324 months

   F. Nature of crime (all counts)  18 U.S.C. §§ 1111-1153

   H. What was your plea? (Check one)

   ☒ Not guilty   ☐ Guilty   ☐ Insanity plea   ☐ Nolo contendere (no contest)

   If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

   N/A

   I. If you went to trial, what kind of trial did you have? (Check one)

   XX☒ Jury   ☐ Judge only

   J. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

   ☐ Yes   ☒ No

   If yes, state the type(s) of hearing or proceeding

   N/A

   G. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?

   ☐ Yes   ☒ No.

## SUBJECT OF THIS PETITION - *continued*

H.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?

   ☐ Yes    ☒ No

## II. DIRECT APPEAL OF CONVICTION

A.  Did you appeal the judgment of conviction?

   ☒ Yes    ☐ No

   If yes, attach the decision(s) that resolved your appeal and answer the following questions:

   1. Name of court of appeals __U.S.C.A. SEVENTH CIRCUIT__
   2. Date of filing appeal __12/13/06__
   3. Grounds raised __Psychological Impeachment of Destiney Lyons__

   4. Result __AFFIRMED__
   5. Date __6/07/07__

B.  Did you file a petition for certiorari in the United States Supreme Court?

   ☐ Yes    ☒ No

   If yes, attach the decision(s) that resolved your petition for certiorari and answer the following questions:

   1. Date of filing petition for certiorari _____
   2. Grounds raised _____

   3. Result _____
   4. Date _____

## III. POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL

A. Other than the appeals listed above in Section II, have you previously filed any other federal petitions, applications, or motions concerning **the** federal judgment that you are now challenging?

☐ Yes  ☒ No

If yes, attach the decision(s) that resolved your application for federal post-conviction relief and answer the following questions:

1. Name of court _____

2. Docket or case number _____

3. Date of filing _____

4. Type of petition, application, or motion filed _____

5. Grounds raised _____

_____

_____

_____

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☐ No

7. Result _____

8. Date _____

9. Did you appeal your first federal petition, application, or motion to a federal appellate court?

☐ Yes  ☐ No

10. If you did not appeal, explain why not:

_____

_____

_____

_____

B. If you filed a second federal petition, application, or motion, attach the decision and answer the following questions:

March 2005

**POST-CONVICTION RELIEF OTHER THAN APPEAL** - *continued*

1. Name of court _____

2. Docket or case number _____

3. Date of filing _____

4. Type of petition, application, or motion filed _____

5. Grounds raised _____

   _____

   _____

   _____

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

   ☐ Yes    ☐ No

7. Result _____

8. Date _____

9. Did you appeal your second petition, application, or motion to a federal appellate court?

   ☐ Yes    ☐ No

10. If you did not appeal, explain why not:

   _____

   _____

   _____

   _____

   _____

C. If you filed a third federal petition, application, or motion, attach the decision and answer the following questions:

1. Name of court _____

2. Docket or case number _____

3. Date of filing _____

4. Type of petition, application or motion filed _____

## POST-CONVICTION RELIEF OTHER THAN APPEAL - _continued_

    5. Grounds raised _____

    _____

    _____

    _____

    6. Did you receive a hearing where evidence was given on your petition, application, or motion?

       ☐ Yes       ☐ No

    7. Result _____

    8. Date _____

    9. Did you appeal your third petition, application, or motion to a federal appellate court?

       ☐ Yes       ☐ No

    10. If you did not appeal, explain why not:

    _____

    _____

    _____

    _____

    _____

## IV. GROUNDS FOR RELIEF

For this motion, state every ground supporting your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. If you fail to do so, you may be prevented from presenting additional grounds at a later date.

Attach additional pages if you have more than four grounds. State the _facts_ supporting each ground.

Ground One __INEFFECTIVE ASSISTANCE OF COUNSEL/LACK OF FEDERAL JURISDICTION OVER GEOGRAPHICAL LOCATION WHERE OFFENSE OCCURRED.__

Supporting **FACTS** _(Briefly summarize the facts without citing cases or law.)_

Trial counsel stipulated to the status of location where offense occurred when that area has not been determined as "Indian country" as defined

**GROUNDS FOR RELIEF** - *continued*

by Congress and explained by the U.S. Supreme Court. This type of issue 'geographical jurisdiction' cannot be legally stipulated to because the State of Wisconsin gives assistance to the residents who reside in that local. Because this locality is not under Federal Supervision or set aside, as defined by statute, the United States District Court lacked subject-matter jurisdiction to sit in judgment over the offense occurring in State criminal jurisdiction.

\* SEE ATTACHED MEMORADUM OF LAW

Ground Two   N/A

Supporting **FACTS** *(Briefly summarize the facts without citing cases or law.)*

# GROUNDS FOR RELIEF - continued

Ground Three _____

_____

_____

Supporting **FACTS** *(Briefly summarize the facts without citing cases or law.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Ground Four_N/A_____

_____

_____

Supporting **FACTS** *(Briefly summarize the facts without citing cases or law.)*

_____

_____

_____

_____

_____

## VI. REQUEST FOR RELIEF

State exactly what you want the court to do for you.

To order an evidentiary hearing to determine the status of 'MIDDLE VILLAGE' as to whether it meets the standards set forth declaring 'Indian county' or not. If it is found to be outside the 'geographical jurisdiction' of the UNITED STATES, for the Court to dismiss the indictment with prejudice for lack of subject-matter jurisdiction.

## VII. DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, hereby declare under penalty of perjury that the foregoing information is true and correct.

Signed this 27 day of august, 20 08.

_____
Signature of Movant
Tracy Peters

N/A
(Signature of lawyer, if any)

If you are signing the motion and are not the movant, state your relationship to the movant and explain why the movant is not signing this motion.

N/A

## VIII. CERTIFICATE OF INMATE MAILING - *Optional*

If you deposit your motion under 28 U.S.C. § 2255 to vacate, set aside, or correct your sentence in your prison/institutional/jail mailing system and attach first-class postage pre-paid, and complete and sign this statement, you will establish the filing date as the date of deposit in that mailing system.

I, the undersigned, hereby declare under penalty of perjury that I placed this motion to vacate, set aside or correct federal sentence under 28 U.S.C. § 2255 in the prison/institutional/jail mailing system with a prepaid, first-class postage on ___8/22/08___.
*(month, day, year)*

Signed this __22__ day of __August__, 20__08__.

_____
Signature of Movant
Tracy Peters
00562-089
USP TERRE HAUTE
P.O. Box 33
Terre Haute, IN 47808